# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ROGER E. WALKER, JR., SHERRY BENTON, ) <br> KENNETH BARTLEY, TRAVIS HICKS, and ) <br> MARY DOLCE, ) <br> ) <br> Defendants. ) | NO. 06-779-CJP |

## JUDGMENT IN A CIVIL CASE

This action came before this Court on Defendants' Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud on May 4, 2009 (Doc. 52).

**DATED** this 4th day of May, 2009

JUSTINE FLANAGAN, ACTING CLERK

BY: <u>S/ Angela Vehlewald</u>
　　　Deputy Clerk

Approved by　<u>S/ Clifford J. Proud</u>
　　　United States Magistrate Judge
　　　Clifford J. Proud